IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLIFTON LASHAWN FRAZIER, | ) | |
| AIS #00291394, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0488-CG-N |
| | ) | |
| LOUIS BOYD, | ) | |
| | ) | |
|     Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 8(b) of the Rules Governing Section 2254 Cases in the United States District Courts, and dated June 15, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 7) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 14th day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE