IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLIFTON LASHAWN FRAZIER, ) | |
| AIS #00291394, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0488-CG-N |
| ) | |
| LOUIS BOYD, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner, that this action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**, and that the Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 14th day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE